UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

                                                  Chapter 7

10 DIVISION STREET LLC,                  Case No. 12-71840-AST

                Debtor.
--------------------------------------------------------x
R. Kenneth Barnard, as Chapter 7 Trustee
of 10 Division Street LLC,

            Plaintiff,

        - against -                                  Adv. Pro. No. 14-08090-AST

STEVEN ANTHONY BEHAR and
JEFFREY BEHAR,

            Defendants.
-----------------------------------------------------------x

## SATISFACTION OF JUDGMENT AS AGAINST STEVEN ANTHONY BEHAR

WHEREAS, the Bankruptcy Court for the Eastern District of New York (the "Court") entered a judgment after trial on August 5, 2016 in favor of plaintiff R. Kenneth Barnard, as Chapter 7 Trustee of the Estate of 10 Division Street LLC (the "Plaintiff), and against the defendants Steven Anthony Behar and Jeffrey Behar (the "Defendants"), jointly and severally in the sum of $70,000.00 (the "Judgment"); and

WHEREAS, in early February 2018, Plaintiff and the Defendants entered into a stipulation of settlement (the "Stipulation") providing, among other things, that each of the Defendants would pay the sum of $20,000.00 and receive a satisfaction of the judgment as against each following receipt and clearance of their respective payments; and

WHEREAS, by Order of the Court entered on April 10, 2018, the stipulation was approved; and

WHEREAS, Defendant Steven Anthony Behar has paid his $20,000.00 of the settlement sum in full in accordance with the Stipulation.

THEREFORE, satisfaction of the Judgment as against Defendant Steven Anthony Behar is hereby acknowledged, and the Clerk of any court in which the Judgment was entered or recorded is hereby authorized and directed to make an entry of full satisfaction of the Judgment as against Defendant Steven Anthony Behar.

Dated: May 20, 2019
Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**
Attorneys to Plaintiff R. Kenneth Barnard,
Chapter 7 Trustee of 10 Division Street LLC

By: *s/ David A. Blansky*
David A. Blansky, Esq.
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: (516) 826-6500

STATE OF NEW YORK )
) ss:
COUNTY OF NASSAU )

On the 20th day of May in the year 2019 before me, the undersigned, personally appeared David A. Blansky, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they/ executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*s/Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2021